**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Inginio Hernandez,

Petitioner

v.

State of Nevada,

Respondent

Case No. 2:26-cv-03202-JAD-BNW

**Dismissal Order**

[ECF No. 1-1]

Petitioner Inginio Hernandez commenced this action by filing an exhibit containing documents from his state habeas proceeding.[1] Because Hernandez did not file a petition with his exhibit, it is unclear whether Hernandez desires to pursue federal habeas relief. Hernandez also has not paid the $5.00 filing fee or filed an in forma pauperis (IFP) application. Because Hernandez has not properly commenced this action, I dismiss it without prejudice. However, I instruct the Clerk of the Court to provide Hernandez with copies of the forms he will need if he desires to pursue federal habeas relief, but he must file these forms in a new case before this court.

IT IS THEREFORE ORDERED that this matter is **DISMISSED** without prejudice. A certificate of appealability is denied, as jurists of reason would not find dismissal of this matter to be debatable or wrong.

. . .

[1] ECF No. 1-1.

The Clerk of the Court is instructed to

- **SEND** petitioner a blank copy of the IFP application form for inmates along with instructions and the approved form and instructions for filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.
- **ENTER** judgment and **CLOSE** this case.

Dated: October 2, 2026

U.S. District Judge Jennifer A. Dorsey